Mary E. Raymond, Respondent, v. Supreme Lodge Knights of Pythias of the World, Appellant. — Interlocutory judgment affirmed, with costs, with usual leave to appellant to withdraw demurrer and answer upon payment of costs in this court and at Special Term. All concurred.

The Sacred Heart Roman Catholic Church, Appellant, v. Frederick Vedder and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Olive E. Strawford, as Administratrix, etc., of Ivor S. Strawford, Deceased, Respondent, v. General Film Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Thomas J. Schug, Respondent, v. Ellis, Joyce & Hildreth, Incorporated, Appellant.— Judgment and order unanimously affirmed, with costs.

Hiram R. Watson, Respondent, v. Hygienic Lunch Company, Appellant. Judgment and order unanimously affirmed, with costs.

Samuel M. Watts, Respondent, v. Frank C. Herrick and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. All concurred.

William Barnes, Respondent, v. William H. Anderson, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs in this court and at Special Term. All concurred.

Robert A. Beatty v. John B. Ireland and Others.— Motion granted.

George H. Butler v. Patrick McGovern and Another.— Motion denied.

Bartholomay Brewery Company, Respondent, v. Hanna M. Manning, Appellant, Impleaded.— Motion denied.

Florence France, Respondent, v. William A. Kelley, Appellant.— Judgment and order unanimously affirmed, with costs.

Julius Frank and Another, Respondents, v. Theodore Carter, Appellant.— Motion granted.

Luigi Famborille, as Administrator, etc., of Lorette Famborille, Deceased, v. Atlantic, Gulf and Pacific Company.— Motion granted.

Joseph Frisch, Respondent, v. Emeline Dussault, Appellant.— Motion granted, unless the appellant pays twenty dollars costs and serves his proposed case within twenty days, in which case motion is denied, without costs.

Susan K. Holbrook v. Edwin N. Flumerfelt and Another.— Motion denied.

In the Matter of the Application of George L. Jaquish for an Order to Punish for Contempt George W. Kelly and Others for Alleged Violation of an Injunction Contained in a Final Judgment Entered in Delaware County Clerk's Office May 11, 1912, in the Action in the Supreme Court Entitled George L. Jaquish, Plaintiff, against George W. Kelly and Others, Defendants.— Motion denied.

In the Matter of the Application of Ralph E. Thompson, Respondent, for a Writ of Mandamus. Thomas F. Byrnes and Others, Constituting the State Board of Tax Commissioners, Appellants.— Order unanimously